| | |
|---|---|
| **STATE SOUTH CAROLINA** | IN THE <u>COURT OF COMMON PLEAS</u> |
| **COUNTY OF** <u>LAURENS</u> | CASE NO. <u>2016 CP-30-892</u> |
| Andrew G. Turner | |
| **Plaintiff / Petitioner,** | |
| Vs. | **AFFIDAVIT OF SERVICE** |
| Laurens County Sheriff's Office<br>Laurens County Fire Service, & Lt. Jawarski<br>Shelton, inddivdually<br>**Defendant / Respondent** | |

PERSONALLY APPEARED BEFORE ME THE UNDERSIGNED, WHO BEING DULY SWORN, SAYS THAT HE/SHE SERVED:

- ☐ Summons and Petition
- ☒ Summons and Complaint
- ☐ Summons and Amended Petition
- ☐ Certified Rule To Show Cause
- ☐ Temporary Restraining Order
- ☐ Answer
- ☐ Summons, Answer, & Counterclaim
- ☐ Subpoena
- ☐ Other/ _____

- ☐ Order
- ☐ Notice of Hearing
- ☐ Notice Of Certificate of Mechanics Lien
- ☐ Letter
- ☐ Motion
- ☐ Notice of Motion
- ☐ Lis Pendens

IN THIS ACTION, <u>Laurens County Sheriff's Office</u>

☐ Registered agent for

☐ by personal delivery to him/her; *Lt. Sherrin, J. (accepted service for Sheriff's Office)*

☒ by delivery to _____ a person of discretion residing in the same residence and present in such residence at the time of service;

AND LEAVING WITH HIM/HER COPIES OF THE SAME AT <u>216 West Main St. Laurens, SC 29360</u> ON THE <u>28</u> DAY OF <u>NOVEMBER</u>, 2016, AND THAT DEPONENT IS NOT A PARTY TO THIS ACTION, NOR WERE THE ABOVE PAPERS SERVED ON SUNDAY, OR A LEGAL HOLIDAY.

SWORN to before me this
<u>28</u> day of <u>November</u>, 2016.

_____
NOTARY PUBLIC FOR SOUTH CAROLINA
MY COMMISSION EXPIRES: <u>11/3/2018</u>

Served For Attorney: <u>THOMAS M. CREECH Jr.</u>
Charge for Service: $
Time of Service: *10:20*

| | | |
|---|---|---|
| **STATE SOUTH CAROLINA** | ) | IN THE <u>COURT OF COMMON PLEAS</u> |
| **COUNTY OF** <u>LAURENS</u> | ) | CASE NO. <u>2016 CP-30-892</u> |
| Andrew G. Turner | ) | |
| **Plaintiff / Petitioner,** | ) | |
| Vs. | ) | **AFFIDAVIT OF SERVICE** |
| Laurens County Sheriff's Office<br>Laurens County Fire Service, & Lt. Jawarski Shelton, inddivdually<br>**Defendant / Respondent** | ) | |

PERSONALLY APPEARED BEFORE ME THE UNDERSIGNED, WHO BEING DULY SWORN, SAYS THAT HE/SHE SERVED:

- [ ] Summons and Petition
- [x] Summons and Complaint
- [ ] Summons and Amended Petition
- [ ] Certified Rule To Show Cause
- [ ] Temporary Restraining Order
- [ ] Answer
- [ ] Summons, Answer, & Counterclaim
- [ ] Subpoena
- [ ] Other/ _____

- [ ] Order
- [ ] Notice of Hearing
- [ ] Notice Of Certificate of Mechanics Lien
- [ ] Letter
- [ ] Motion
- [ ] Notice of Motion
- [ ] Lis Pendens

IN THIS ACTION, <u>Lt. Jawarski Shelton</u>

- [ ] Registered agent for

- [x] by personal delivery to him/her;

- [ ] by delivery to _____ a person of discretion residing in the same residence and present in such residence at the time of service;

AND LEAVING WITH HIM/HER COPIES OF THE SAME AT <u>216 West Main St. Laurens, SC 29360</u> ON THE <u>28</u> DAY OF <u>NOVEMBER, 2016</u>, AND THAT DEPONENT IS NOT A PARTY TO THIS ACTION, NOR WERE THE ABOVE PAPERS SERVED ON SUNDAY, OR A LEGAL HOLIDAY.

_____ (signature)

SWORN to before me this
28th day of November, 2016.

_____ (signature)
NOTARY PUBLIC FOR SOUTH CAROLINA
MY COMMISSION EXPIRES: 11/3/2018

Served For Attorney: <u>THOMAS M. CREECH Jr.</u>
Charge for Service: $ 180.00
Time of Service: 10:20 AM

| | | |
|---|---|---|
| **STATE SOUTH CAROLINA** | ) | IN THE <u>COURT OF COMMON PLEAS</u> |
| **COUNTY OF** <u>LAURENS</u> | ) | **CASE NO.** <u>2016 CP-30-892</u> |
| Andrew G. Turner | ) | |
| **Plaintiff / Petitioner,** | ) | |
| Vs. | ) | **AFFIDAVIT OF SERVICE** |
| Laurens County Sheriff's Office<br>Laurens County Fire Service, & Lt. Jawarski<br>Shelton, inddivdually<br>**Defendant / Respondent** | ) | |

PERSONALLY APPEARED BEFORE ME THE UNDERSIGNED, WHO BEING DULY SWORN, SAYS THAT HE/SHE SERVED:

- [ ] Summons and Petition
- [x] Summons and Complaint
- [ ] Summons and Amended Petition
- [ ] Certified Rule To Show Cause
- [ ] Temporary Restraining Order
- [ ] Answer
- [ ] Summons, Answer, & Counterclaim
- [ ] Subpoena
- [ ] Other/ _____

- [ ] Order
- [ ] Notice of Hearing
- [ ] Notice Of Certificate of Mechanics Lien
- [ ] Letter
- [ ] Motion
- [ ] Notice of Motion
- [ ] Lis Pendens

IN THIS ACTION, <u>Laurens County Fire Service/Greg Lindley</u>

- [ ] Registered agent for
- [x] by personal delivery to him/her;
- [ ] by delivery to _____ a person of discretion residing in the same residence and present in such residence at the time of service;

AND LEAVING WITH HIM/HER COPIES OF THE SAME AT <u>312 S. Harper St. Laurens, SC 29360</u> ON THE <u>28</u> DAY OF <u>NOVEMBER</u>, 2016, AND THAT DEPONENT IS NOT A PARTY TO THIS ACTION, NOR WERE THE ABOVE PAPERS SERVED ON SUNDAY, OR A LEGAL HOLIDAY.

SWORN to before me this
28th day of November, 2016.

NOTARY PUBLIC FOR SOUTH CAROLINA
MY COMMISSION EXPIRES: 11/3/2018

Served For Attorney: <u>THOMAS M. CREECH Jr.</u>
Charge for Service: $
Time of Service: 10:34